STEPHANIE S. CHRISTENSEN
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Division
ZAKARIYA K. VARSHOVI[1]
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3994
    Facsimile: (213) 894-7819
    E-mail: Zakariya.Varshovi@usdoj.gov
Attorneys for Defendant
Federal Bureau of Prisons

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA ARAIZA, IFRAIN ARAIZA, AND DOES 1 TO 5,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA, BUREAU OF PRISONS WESTERN REGIONAL OFFICE-FCI LOMPOC, AND DOES 2- 100, inclusive,<br><br>Defendants. | Case No. CV 22-4575<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>[28 U.S.C. § 1442(a)(1)] |

---

[1] Admitted to practice under Local Rule 83-2.1.4.1.  *See* Order, In Re Application of Zakariya K. Varshovi For Admission Pursuant To Local Rule 83-2.1.4.1, C.D. Cal. No. 2:22-cm-14-PSG (Feb. 2, 2022).

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1442(a)(1), Defendant Federal Bureau of Prisons (sued herein as Bureau of Prisons Western Regional Office-FCI Lompoc) ("BOP"), hereby removes the State Court action described below to this Honorable Court. The grounds for this removal are as follows:

1. On March 3, 2021, Plaintiffs Monica Araiza and Does 1 to 5 filed a civil action against Defendants the State of California and Does 1-100 in the Superior Court of the State of California for the County of Santa Barbara, Case No. 21CV01049. Plaintiffs brought claims for "statutory liability/dangerous condition of public property," "negligence," and "wrongful death" arising out of a fatal motor vehicle accident on February 14, 2020 (the "Accident") between Plaintiffs' decedent and Michael Hanson, who Plaintiffs allege was in the scope of employment with the BOP at the time of the Accident. However, Plaintiffs did not name the BOP as a Defendant.

2. On October 21, 2021, Plaintiffs now Monica Araiza and Ifrain Araiza filed an amended complaint against Defendants the State of California and Does 1-100. Plaintiffs kept all claims for "statutory liability/dangerous condition of public property," "negligence," and "wrongful death" arising out of the Accident. However, Plaintiffs still did not name the BOP as a Defendant.

3. On January 28, 2022, Plaintiffs Monica Araiza and Ifrain Araiza filed a third amended complaint against Defendants the State of California, the BOP, and does 2 to 100 Inclusive. Plaintiffs kept all claims for "statutory liability/dangerous condition of public property," "negligence," and "wrongful death" arising out of the Accident.

4. A copy of Plaintiffs' Complaint, Amended Complaint, Third Amended Complaint, and all other pleadings obtained to date are attached as **Exhibit 1**.

5. This action is one which must be removed to this Court pursuant to 28 U.S.C. § 1442(a)(1), which authorizes the removal of civil actions against "[t]he United States or

any agency thereof …" to the district court embracing the place where the action is pending. The BOP is a federal agency and is entitled to, among other things, the federal defense of sovereign immunity. Further, the state court has no jurisdiction over the BOP.

6. Plaintiffs have not served the United States Attorney's Office or Attorney General's Office as required by Rule 4(i). *See* Fed. R. Civ. P. 4(i)(2). In *Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 356 (1999), the Supreme Court held that service must be complete before 28 U.S.C. § 1446(b)'s time limits for removal commence. Accordingly, the time for this case to be removed pursuant to 28 U.S.C. § 1446(b) has yet to commence. Thus, removal is timely.

7. Promptly after filing this notice, the BOP shall give written notice of this removal to the adverse party and to the Clerk of the State Court. *See* 28 U.S.C. § 1446(d).

8. This Court is the proper district and division to hear this case because Plaintiff brought this action in the Santa Barbara County Superior Court. *See* 28 U.S.C. § 1442(a).

9. Because this notice is filed on behalf of a federal agency, no bond is required under the terms of 28 U.S.C. § 2408.

WHEREFORE, the BOP removes the action now pending in the Superior Court of the State of California for the County of Santa Barbara, Case No. 21CV01049, to the United States District Court for the Central District of California.

Dated: July 5, 2022

Respectfully submitted,

STEPHANIE S. CHRISTENSEN
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

 /s/ *Zakariya K. Varshovi*
ZAKARIYA K. VARSHOVI
Assistant United States Attorney
Attorneys for Defendant
Federal Bureau of Prisons