1
2
3
4
5
6
7
8
9
10                    UNITED STATES DISTRICT COURT
11                    CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA ARAIZA, IFRAIN ARAIZA, AND DOES 1 TO 5,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA, BUREAU OF PRISONS WESTERN REGIONAL OFFICE-FCI LOMPOC, AND DOES 2- 100, inclusive,<br><br>Defendants. | Case No. 2:22-cv-04575-GW-JPR<br><br>**DECLARATION OF YOLANDA SANCHEZ** |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF YOLANDA SANCHEZ

1. I am the Paralegal Specialist, Federal Bureau of Prisons ("BOP") at the Metropolitan Detention Center in Los Angeles, California. I have been employed by BOP since February 2004 and have held the position of Paralegal Specialist since October 2018. The facts set forth in this declaration are based on my personal knowledge, review of the records in this action, and discussions with appropriately knowledgeable persons. If called as a witness, I could and would testify competently thereto.

2. The Los Angeles Consolidated Legal Center provides legal services to the Metropolitan Detention Center in Los Angeles, California; the Federal Correctional Institution in Terminal Island, California; the Federal Correctional Complex in Victorville, California; and the Federal Correctional Complex in Lompoc, California. The duties of my paralegal position include, among other things, assisting in the processing and maintaining of administrative tort claims. I also have access to inmate records maintained in the ordinary course of business.

3. The duties of my paralegal position include, among other things, assisting in the processing and maintaining of administrative tort claims and administrative remedies. I also have access to inmate records maintained in the ordinary course of business.

4. I have reviewed the Third Amended Complaint ("TAC") in <u>Monica Araiza v. The State of California, And Bureau of Prisons Western Regional Office-FCI Lompoc</u>, Case No. 2:22-cv-04575-GW-JP, filed by Monica Araiza and Efrain Araiza ("Plaintiffs"). I have also been asked to search for any tort claims filed by Plaintiffs within BOP databases.

5. Attached as Exhibit A is a true and correct copy of Plaintiffs' Claim For Damage, Injury, or Death Form dated December 23, 2021, for administrative tort claim no. TRT-WXR-2022-03890 ("Administrative Claim"). As a Paralegal Specialist, I regularly receive administrative tort claims such as Exhibit A in the ordinary course of business.

6. Attached as Exhibit B is a true and correct copy of the BOP's denial letter

dated April 13, 2022, regarding Plaintiffs' Administrative Claim. As a Paralegal Specialist, I regularly receive and process denial letters in response to administrative tort claims such as Exhibit B in the ordinary course of business.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 12, 2022, at Los Angeles, California.

*[signature]*
YOLANDA SANCHEZ
Paralegal Specialist
MDC Los Angeles