UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA ARAIZA, IFRAIN ARAIZA, AND DOES 1 TO 5,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA, BUREAU OF PRISONS WESTERN REGIONAL OFFICE-FCI LOMPOC, AND DOES 2- 100, inclusive,<br><br>Defendants. | Case No. 2:22-cv-04575-GW-JPR<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**<br><br>Honorable George H. Wu |

1

Upon consideration of Defendant Bureau of Prisons ("BOP") Western Regional Office-FCI Lompoc's Notice of Motion and Motion to Dismiss and its memorandum of points and authorities in support thereof,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss is **GRANTED**;

**IT IS FURTHER ORDERED** Plaintiffs' action against the BOP is **DISMISSED WITHOUT LEAVE TO AMEND** and the action against the non-federal defendants is remanded to the Superior Court of the State of California for the County of Santa Barbara.

Date:

_____
George H. Wu
United States District Judge

Presented by:

STEPHANIE S. CHRISTENSEN
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
ZAKARIYA K. VARSHOVI
Assistant United States Attorney

/s/ *Zakariya K. Varshovi*
Zakariya K. Varshovi
Assistant United States Attorney